UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MURRAY,

                                                        No. 19 CV 317-LTS-GWG

               Plaintiff,

   -against-

BOUCK, et al.,

               Defendants.

## ORDER

       The Court has received Defendants' letter motion dated Dec. 19, 2019, requesting dismissal of this case pursuant to Federal Rule of Civil Procedure 41(b). (Docket Entry No. 32.) The motion to dismiss the case for failure to prosecute must be filed in accordance with the Local Rules of the United States District Court for the Southern District of New York, specifically Local Civil Rules 7.1 and 7.2.

       Accordingly, it is ORDERED that the above-referenced motion (Docket Entry No. 32) is hereby TERMINATED for purposes of the Court's docket, without prejudice to the filing and service (upon Plaintiff at his last known address) of formal motion papers that are compliant with the relevant procedural rules; it is further

       ORDERED, that no response to the letter motion (Docket Entry No. 32) is required.

   SO ORDERED.

Dated: New York, New York
       January 2, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge