USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEE MURRAY, JR.,

    Plaintiff,

-against-

JENNIFER BOUCK, Parole Officer; ASHLEY JOHNSON, Parole Officer; ELVIS GUERRERO, Parole Officer; and MARCELLUS RANDOLPH, Senior Parole Officer,

    Defendants.

1:19-cv-00317-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Whereas this case has been assigned to me for all purposes, it is hereby,

    ORDERED that parties should file a joint status letter apprising the Court of the status of the case on or before **September 7, 2020.** If Defendants are unable to communicate with Plaintiff for the purpose of submitting a joint letter, they are instructed to file their own status letter and state what attempts have been made to contact Plaintiff.

    The status letter should not exceed three pages and should be filed on ECF. It should, at a minimum, inform the Court whether Defendants intend to move for dismissal under FRCP 41(b) in accordance with the instructions provided by the Court on January 2, 2020, in an Order entered by Judge Swain [ECF No. 33].

    The Court will mail a copy of this Order to the *pro se* Plaintiff at his last known address.

**SO ORDERED.**

Date: August 24, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**